|  |  |
|---|---|
| JASON L. AMICO,<br><br>           Plaintiff,<br><br>     v.<br><br>ROBERT MILLER,<br><br>           Defendants. | No.  1:21-cv-00061-NONE-SAB (PC)<br><br>ORDER ADOPTINF FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>(Doc. No. 9) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Jason L. Amico ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed as frivolous.  (Doc No. 9.)  The findings and recommendations were served on plaintiff and contained notice that objections were due within thirty (30) days.  (*Id.* at 6.)  No objections were filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 11, 2021 (Doc. No. 9), are adopted in full; and

2. This action is dismissed as frivolous.

IT IS SO ORDERED.

Dated: **March 24, 2021**

UNITED STATES DISTRICT JUDGE

2